# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HENDERSON FORD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4768** |
| **BARNSIDE YARD** | **SECTION "H" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby dismissed without prejudice for failure to state a claim.

New Orleans, Louisiana, this 10th day May, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**